# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN WOOD, and MICHAELENE BARKER, individually and on behalf of all others similarly situated, | Case No. 2:17-CV-03697-GJP, 2:19-cv-02194-GJP |
| Plaintiffs, | |
| v. | |
| AMERIHEALTH CARITAS SERVICES, LLC, | |
| Defendant. | |
| & | |
| BRENDA HEPP, and TARA HARDY, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| AMERIHEALTH CARITAS SERVICES, LLC, | |
| Defendant. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

NOW COMES, Plaintiffs Ann Wood and Michaelene Barker, on behalf of themselves and all others similarly situated, hereby move to grant Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement. The grounds in support of this motion are set forth in Plaintiffs' Memorandum in Support of Unopposed Motion for Final Approval of Class and Collective Action Settlement, which is filed contemporaneously herewith.

Respectfully submitted,

Dated: March 16, 2020                           **NICHOLS KASTER, PLLP**


/s/*Rachhana T. Srey*
Rachhana T. Srey, MN Bar No. 340133*
Neil D. Pederson, MN Bar No. 0397628*
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
srey@nka.com
npederson@nka.com

*Admitted Pro Hac Vice*

**SCHALL & BARASCH, LLC**
Patricia Barasch, PA Bar No. 70073
Moorestown Office Center
110 Marter Avenue, Suite 105
Moorestown, NJ 08057
Telephone: (856) 914-9200
Fax: (856) 914-8420
pbarasch@shallandbarasch.com

ATTORNEYS FOR PLAINTIFFS, THE FLSA COLLECTIVE CLASS, AND THE RULE 23 SETTLEMENT CLASSES

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2020, a copy of the above was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court electronic filing system. Parties may access this filing through the Court's ECF system.


Dated: March 16, 2020                             s/ *Rachhana T. Srey*
                                                  Rachhana T. Srey